396 A.2d 16

Commonwealth v. Dermott Brown, Appellant.

Submitted September 12, 1977. Lawrence M. Silverman, for appellant; Michael R. Stiles, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 16

Commonwealth v. Joseph Brown, Jr., Appellant.

Argued March 21, 1978. Todd S. Miller, for appellant; Richard R. Tomsho, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and SPAETH, J., did not participate in the consideration or decision of this case.

510

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 17

Commonwealth v. Joseph Thomas Brown, Appellant.

Submitted June 13, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 17

Commonwealth v. Bulovas, Appellant.